**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SHELL OIL COMPANY,

Plaintiff,

v.

ADVANTAGE DISTRIBUTING AND LUBRICANTS, LLC,

Defendant,

Civil No. 02-11 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Patryk Drescher, Esq., Halleland Lewis Nilan Sipkins & Johnson, 220 6th Street South, Suite 600, Minneapolis, MN 55402 and Michael Zaleski, Esq., Quarles & Brady, P.O. Box 2113, One Pickney Street South, Suite 600, Madison, WI 53701-2113, counsel for Plaintiff.

Douglas Boese, Esq., Ken Schueler, Esq., and Phong Minh Luong, Esq., Dunlap & Seeger, 206 Broadway South, Suite 505, P.O. Box 549, Rochester, MN 55903, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled or decided by judgment on motions,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for fourty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 23, 2002

DONOVAN W. FRANK
Judge of United States District Court

JUL 23 2002
Filed ____________
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________