**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SHELL OIL COMPANY,

Plaintiff,

v.

ADVANTAGE DISTRIBUTING AND LUBRICANTS, LLC,

Defendant,

Civil No. 02-11 (DWF/AJB)

**ORDER**

---

Patryk Drescher, Esq., Halleland Lewis Nilan Sipkins & Johnson, 220 6th Street South, Suite 600, Minneapolis, MN 55402 and Michael Zaleski, Esq., Quarles & Brady, P.O. Box 2113, One Pickney Street South, Suite 600, Madison, WI 53701-2113, counsel for Plaintiff.

Douglas Boese, Esq., Ken Schueler, Esq., and Phong Minh Luong, Esq., Dunlap & Seeger, 206 Broadway South, Suite 505, P.O. Box 549, Rochester, MN 55903, counsel for Defendant.

---

**WHEREAS**, the Court entered an Order of Dismissal in the above-entitled matter on July 23, 2002, which reserved jurisdiction for a period of 45 days;

**WHEREAS**, the parties have submitted a Stipulation and Agreed Order of dismissal to the Court, moving and requesting that the Court substitute the Stipulation and Agreed Order of dismissal for the Court's Order of Dismissal;

**THEREFORE, IT IS HEREBY ORDERED** that the Court's Order of Dismissal (Doc. No. 21) filed on July 23, 2002, be **WITHDRAWN** and the attached Agreed Order be filed in lieu of the Court's order of July 23, 2002. By the provisions of both orders, the matter is **DISMISSED WITH PREJUDICE**. The effective date of the Order of Dismissal remains the same.

Dated: August 12, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed AUG 1 2 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

SHELL OIL COMPANY,

Plaintiff,

v. CIVIL ACTION NO. 02-11(DWF/AJB)

ADVANTAGE DISTRIBUTING
& LUBRICANTS, LLC,

Defendant.

AGREED ORDER

The parties, having reached an agreement to resolve their differences that are the subject matter of the above-styled action, with the Plaintiff, appearing by and through Michael L. Zaleski, of Quarles & Brady LLP and the Defendant, appearing by and through Douglas A. Boese, of Dunlap & Seeger, P.A., do hereby stipulate and agree as follows:

1. Plaintiff, Shell Oil Company, is the exclusive sublicensee of various trademarks, including the following: Shell®, Rotella®, Rotella T®, Shell Rotella®, and Pecten Seashell Design® which are hereinafter referred to as the Marks. Plaintiff has the exclusive right to use the Marks under the Trademark Act of 1946, 15 USC §~ 1057 and 1072, and under common law, in connection with (without limitation) oil and other lubricants. In addition, Plaintiff is entitled to exclusively use the Shell mark in connection with oil and other lubricants (without limitation) under Minnesota state trademark registration.

2. This Court has jurisdiction over the subject matter and the parties under Section



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

39 of the Trademark Act of 1948, 15 USC § 1121 and 28 USC § § 1331, 1332 and 1338(a), and has pendent jurisdiction over the state law claims for trademark infringement and unfair competition under Minnesota law. Venue is proper in the United States District Court for the District of Minnesota.

3. This action is dismissed with prejudice.

4. Each party is to bear its own costs and expenses.

IT IS ORDERED.

Dated this 12th day of August, 2002.

JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

SHELL OIL COMPANY,

Plaintiff,

v. CIVIL ACTION NO. 02-11(DWF/AJB)

ADVANTAGE DISTRIBUTING
& LUBRICANTS, LLC,

Defendant.

---

**STIPULATION**

---

Shell Oil Company ("Shell"), by its attorneys, Michael L. Zaleski, of Quarles & Brady LLP, and Advantage Distributing & Lubricants, LLC ("Advantage"), by Douglas Boese, of Dunlap & Seeger, P.A., hereby stipulate to the entry of the attached Agreed Order resolving this matter.

Dated this 7th day ~~of July~~ August, 2002.

MICHAEL L. ZALESKI

Quarles & Brady
Firstar Plaza
One South Pinckney Street
PO Box 2113
Madison, WI 53701-2113
(608) 283-2473

Attorneys for SHELL OIL COMPANY

QBMAD\850490.80163\336763.1



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 31st day of July, 2002.

DOUGLAS A. BOESE

Douglas A. Boese

Dunlap & Seeger, P.A.
206 S. Broadway, Ste. 505
P.O. Box 549
Rochester, MN 55903

Attorneys for ADVANTAGE DISTRIBUTING & LUBRICANTS